## EXHIBIT A

## BILL OF SALE AND ASSIGNMENT

J.R.'s Auto Sales, Inc. ("Seller"), for valuable consideration, the receipt of which is hereby acknowledged, and pursuant to the terms and conditions of that certain Motor Vehicle Finance Contract Sale and Purchase Agreement dated September 8, 2021, (the "Agreement") between Seller and Tribute Capital Partners LLC ("Purchaser"), hereby sells, assigns, and transfers to Purchaser, its successors and assigns, all right, title and interest of Seller in and to the Contracts and the Related Contract Assets as defined in the Agreement.

THIS BILL OF SALE IS EXECUTED WITHOUT RECOURSE AND WITHOUT REPRESENTATIONS OR WARRANTIES, INCLUDING COLLECTIBILITY, OR OTHERWISE, EXPRESS OR IMPLIED, except as set forth in the Agreement.

**J.R.'s Auto Sales, Inc.**

By: *Lisa Brock*
Name: *Lisa Brock*
Title: *Owner/President*

8

## EXHIBIT E

### WAIVER OF NOTICE OF CLAIM

J.R.'s Auto Sales, Inc., ("Transferor") has sold and assigned certain claims to Tribute Capital Partners LLC ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 300 E. John Carpenter Fwy, Suite 112, Irving, TX 75062. Said claims arise from automobile loans and retail installment contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code.

Transferor consents to the attachment of a copy of this Waiver of Notice of Claim to a Notice of Transfer of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2) relating to the Accounts. Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Claim by and through its duly authorized officer on this September 8, 2021.

J.R.'s Auto Sales, Inc.

By: *Lisa Brock*
Name: Lisa Brock
Title: Owner/President

13